Prob 19
EDTN78 (6/2000)

# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

U.S. MARSHAL SERVICE
AUG 4 '25 AM 11:12

U.S.A. vs.   Charles Edwin Christopher          Docket No. 1:24CR00004-001

TO: [1] Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | | |
| NAME OF SUBJECT | SEX | RACE | AGE | Marshal # |
| **Charles Edwin Christopher** | Male | White | 65 | 11856-511 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| Unknown |

| SENTENCE IMPOSED BY (NAME OF COURT) United States District Court Eastern District of Tennessee at Chattanooga | | |
|---|---|---|
| CLERK LeAnna R. Wilson | (BY) DEPUTY CLERK *[signature]* | DATE 8/1/25 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."